UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-01478-SRM-SSC                Date: May 11, 2026

Title   Shaun L. Thornton v. State of California - Riverside County

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|                 Teagan Snyder                 |                 n/a                 |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On March 25, 2026, *pro se* Petitioner Shaun L. Thornton filed a filed a petition for writ of habeas corpus by person in state custody pursuant to 28 U.S.C. § 2254.  (ECF 1.)  Along with the petition, Petitioner filed a request to proceed *in forma pauperis* (IFP).  (ECF 2.)  Because the information in the IFP request was insufficient for the Court to decide the request, the Court ordered Petitioner to provide additional information by May 4, 2026.  (ECF 5.)  The deadline to file the requested IFP information has passed, and the Court has not received the requested information or any other communication from Petitioner. [1]

_____

[1] The Court notes that mail addressed to Petitioner at his address on file was returned on April 8, 2026.  (ECF 6.)  The address used

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-01478-SRM-SSC                 Date: May 11, 2026

Title      Shaun L. Thornton v. State of California - Riverside County

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **June 1, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **June 1, 2026**.

If Petitioner files the requested information by **June 1, 2026**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to file a timely response to this order to show cause or to file the requested information will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

                                                                     :

appears to be the correct address, as it is the one listed in the California Department of Corrections and Rehabilitation inmate database.  *See California Incarcerated Records and Information Search*, Cal. Dep't Corr. & Rehab., https://ciris.mt.cdcr.ca.gov/search (last visited May 11, 2026) (search for last name "Thornton" and first name "Shaun").

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:26-cv-01478-SRM-SSC                Date: May 11, 2026

Title        Shaun L. Thornton v. State of California - Riverside County

**ts**

Initials of Preparer